UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
Case No.: 08-60724-Civ-Middlebrooks/Johnson

ROY E. KIRKLAND, JR.,

      Plaintiff,

v.

OXFORD COLLECTION AGENCY, INC. DBA
OXFORD MANAGEMENT SERVICES,

      Defendant.
_____/

## PLAINTIFF'S NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDICE

Having amicably resolved all matters in controversy and pursuant to Federal

Rule of Civil Procedure 41(a)(1)(i), Plaintiff voluntary dismisses this action with

prejudice.


Respectfully submitted,

DONALD A. YARBROUGH, ESQ.
Attorney for Plaintiff
Post Office Box 11842
Fort Lauderdale, Florida 33339
Telephone: (954) 537-2000
Facsimile: (954) 566-2235
donyarbrough@mindspring.com

s/Donald A. Yarbrough
Donald A. Yarbrough, Esq.
Florida Bar No. 0158658

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
Case No.: 08-60724-Civ-Middlebrooks/Johnson

ROY E. KIRKLAND, JR.,

        Plaintiff,

v.

OXFORD COLLECTION AGENCY, INC. DBA
OXFORD MANAGEMENT SERVICES,

        Defendant.
_____/

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on <u>June 30, 2008</u>, I electronically filed the foregoing document with the Clerk of Court using CM/ECF.  I also certify that the foregoing document is being served this day on all counsel of record or pro se parties identified on the attached Service List in the manner specified, either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Electronic Filing.

        s/Donald A. Yarbrough
        Donald A. Yarbrough, Esq.

## SERVICE LIST

Mr. Charles Harris
Oxford Collection Agency, Inc.
135 Maxess Road
Melville, NY 11747
Telephone: 631-962-0375
Facsimile: 631-694-2155

<u>Via U.S. Mail and Facsimile</u>